UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60339-CR-COHN

UNITED STATES OF AMERICA,     :

      Plaintiff,     :

v.     :

LESTER BAIN,     :

      Defendant.     :
_____/

## ORDER GRANTING MOTION TO DEPOSE DEFENSE WITNESSES IN LIEU OF TESTIMONY AT TRIAL

THIS CAUSE having come before the Court on the Defendant's Motion to Depose Defense Witnesses in Lieu of Testimony at Trial, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion is hereby **GRANTED**. The defense witnesses will be deposed by video deposition in order to preserve their testimony at trial. WAIVERS TO BE PROVIDED BY BOTH DEFENDANTS. (JC)

DONE AND ORDERED on this 22nd day of March, 2007 at Fort Lauderdale, Florida.

HONORABLE JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc:    Timothy Day, AFPD
        Alex Soto, AUSA